# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**　　　　JS-6

| Case No. | CV17-992-CAS(KSx) | Date | September 26, 2017 |
|---|---|---|---|
| Title | *RIZALINA ROSE v. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - JOINT NOTICE OF CONDITIONAL SETTLEMENT (Filed 09/25/2017)[25]

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about September 25, 2017;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **45 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　00　:　00

　　　　　　　　　　　　　　Initials of Preparer　　　　CMJ